COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Dwayne Demouchet
Dixon Correctional Inst. DOC No. 362467
PO Box 788 Hwy 68
Jackson LA 70748

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 18, 2026

**REHEARING ACTION: March 18, 2026**

**Docket Number: 24   00674-KH**

**STATE OF LOUISIANA
VERSUS
DWAYNE DEMOUCHET**

**Writ Application from Iberia Parish Case No. 04-CR-1512**

**BEFORE JUDGES:**

> **Hon. Candyce G. Perret
> Hon. Charles G. Fitzgerald
> Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **Dwayne Demouchet** is:

> **REHEARING DENIED.** Uniform Rules—Courts of Appeal, Rule 2–18.7(1)
> provides that an application for rehearing will be considered in cases where the
> court has granted a writ application on the merits. In its original writ ruling
> herein, this court granted the writ but denied relief on the merits of the
> application. Accordingly, the proper remedy to challenge this court's ruling on
> the writ is a timely application for writs to the Louisiana Supreme Court.

cc: Hon. Morris M. Haik, III, Counsel for  the Respondent